FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: CR 97-715-GHK-1 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. | ) | 18 U.S.C. 3143(a)] |
| KATHY GARNER, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1         based on the defendant's failure to submit any evidence to meet
2         her burden on this issue.
3         and
4 B.   (X)   The defendant has not met her burden of establishing by
5         clear and convincing evidence that she is not likely to pose a
6         danger to the safety of any other person or the community if
7         released under 18 U.S.C. § 3142(b) or (c). This finding is
8         based on the defendant's failure to submit any evidence to meet
9         her burden on this issue.
10     IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

DATED: July 31, 2008

_____Margaret A. Nagle_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                 2